12834

EMPIRE BUGGY CO. v. MOSS
BROWN v. BROWN

(153 S. E., 788)

432

*Messrs. Herndon & Thompson,* for appellants, 

*Messrs. Allen & Doyle,* for respondent, 

February 12, 1930.

The opinion of the Court was delivered by MR. JUSTICE COTHRAN.

This Court is satisfied with the decree of his Honor, Judge Bonham, and it is accordingly affirmed.

MR. CHIEF JUSTICE WATTS and MESSRS. JUSTICES BLEASE, STABLER, and CARTER concur.